UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZANNE MCDANIEL and
ROBERT MCDANIEL,

        NO. CIV. S-09-3486 LKK/EFB

    Plaintiffs,

   v.

        O R D E R

INDYMAC FEDERAL BANK; THE
LINCOLN GROUP OF FINANCIAL
SERVICE; ROBERT SEAN ALLEN;
JAIMEE LEE and DOES 1-20,
inclusive,

    Defendants.

_____/

    Plaintiffs have filed an application for a temporary restraining order that would enjoin defendants from foreclosing on plaintiffs' home. Plaintiffs represent that a foreclosure sale is scheduled to occur on Monday, February 22, 2010. The court SETS a hearing on plaintiff's application for Friday, February 19, 2010 at 10:00 a.m. Plaintiffs shall immediately SERVE a copy of this order and all documents in this case upon all defendants. Defendants may, if they choose, submit an opposition to this application, to be received by the court no later than 9:00 a.m.

1

1  on Wednesday, February 17, 2010.  Plaintiffs may file a reply no
2  later than 9:00 a.m. on Thursday, February 18, 2010.
3       IT IS SO ORDERED.
4       DATED:  February 12, 2010.

                            /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

2