UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZANNE MCDANIEL and
ROBERT MCDANIEL,

          NO. CIV. S-09-3486 LKK/EFB

    Plaintiffs,

  v.

          O R D E R

INDYMAC FEDERAL BANK; THE
LINCOLN GROUP OF FINANCIAL
SERVICE; ROBERT SEAN ALLEN;
JAIMEE LEE and DOES 1-20,
inclusive,

    Defendants.
_____/

    Plaintiffs in this suit, Mr. and Ms. McDaniel, bring various claims regarding their home loan. A scheduling conference in the above-captioned matter is currently set for March 1, 2010 at 10:30 a.m. On February 24, 2010, counsel for plaintiffs emailed the court stating that "Mr. McDaniel has filed a Chapter 7 Bankruptcy," and indicating counsel's belief that the bankruptcy filing stayed proceedings in this case.

    Under the Bankruptcy Code, the filing of a bankruptcy petition automatically stays many actions, including "the commencement or

1

1 continuation . . . of a judicial . . . proceeding against the
2 debtor." 11 U.S.C. § 362(a)(1).  As the statutory text makes
3 clear, the automatic stay provision does not apply to proceedings
4 initiated by a debtor.  <u>Parker v. Bain (In re Parker)</u>, 68 F.3d
5 1131, 1137 (9th Cir. 1995).  At least eight other circuits have
6 joined in this conclusion.  <u>Crosby v. Monroe County</u>, 394 F.3d 1328,
7 1331 n.2 (11th Cir. 2004), <u>Aiello v. Providian Fin. Corp.</u>, 239 F.3d
8 876, 880 (7th Cir. 2001), <u>Checkers Drive-In Restaurants v.
9 Commissioner of Patents & Trademarks</u>, 51 F.3d 1078, 1082 (D.C. Cir.
10 1995), <u>Koolik v. Markowitz</u>, 40 F.3d 567, 568 (2d Cir. 1994),
11 <u>McMillan v. MBank Fort Worth, N.A.</u>, 4 F.3d 362, 366 (5th Cir.
12 1993), <u>Brown v. Armstrong</u>, 949 F.2d 1007, 1009 (8th Cir. 1991),
13 <u>Cathey v. Johns-Manville Sales Corporation</u>, 711 F.2d 60, 61 (6th
14 Cir. 1983), <u>Assoc. of St. Croix Condominium Owners v. St. Croix
15 Hotel Corp.</u>, 682 F.2d 446, 448 (3d Cir. 1982).
16    Accordingly, plaintiffs have not provided any basis for
17 concluding that this case has been automatically stayed.
18    IT IS SO ORDERED.
19    DATED: February 25, 2010.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2