UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZANNE MCDANIEL and
ROBERT MCDANIEL,

        NO. CIV. S-09-3486 LKK/EFB

    Plaintiffs,

   v.

        O R D E R

INDYMAC FEDERAL BANK; THE
LINCOLN GROUP OF FINANCIAL
SERVICE; ROBERT SEAN ALLEN;
JAIMEE LEE and DOES 1-20,
inclusive,

    Defendants.
_____/

    On October 25, 2012, this court issued a Minute Order directing substituted plaintiff John R. Roberts (the bankruptcy trustee for the original plaintiffs), to show cause why this matter should not be dismissed for failure to prosecute, or to request a status conference.  Plaintiff having taken neither action, the court concludes that plaintiff has abandoned this lawsuit.

    Accordingly, this matter is **DISMISSED** in its entirety, without prejudice, for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).

1

1   IT IS SO ORDERED.

2   DATED: November 29, 2012.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```